**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASIAH LEONARD, *on behalf of herself and all others similarly situated,*<br><br>        Plaintiff,<br><br>V.<br><br>LA SALLE UNIVERSITY,<br><br>        Defendant. | Case No. 2:24-cv-00062<br><br>**CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL** |

**JOINT STIPULATION TO EXTEND**
**TIME TO RESPOND TO COMPLAINT**

WHEREFORE, Plaintiff Asiah Leonard ("Plaintiff") filed a Class Action Complaint (the "Complaint") against defendant La Salle University (the "University").

WHEREFORE, the University has been served with the Complaint.

WHEREFORE, the University's response to the Complaint is due on or about February 1, 2024.

WHEREFORE, through counsel, the University has requested, and Plaintiff, through counsel, has agreed, to provide the University with a forty-five (45) day extension to respond to the Complaint.

The parties, through counsel, hereby jointly stipulate that the University shall have until on or before March 18, 2024 to respond to the Complaint.

/s/ *William J. Clements*
William J. Clements
(PA ID No. 86348)
KLEHR HARRISON
HARVEY BRANZBURG LLP
1835 Market Street, 14TH Floor
Philadelphia, PA 19103
Telephone:  215-569-2700
Facsimile:  215-568-6603
wclements@klehr.com

*Counsel for Defendant,*
*La Salle University*

/s/ *Nicholas A. Colella*
Gary F. Lynch
(PA ID No. 56887)
Nicholas A. Colella
(PA ID No. 332699)
LYNCH CARPENTER, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412-322-9243
Facsimile: 412-231-0246
gary@lcllp.com
nickc@lcllp.com

*Counsel for Plaintiff and Proposed*
*Class*

## **ORDER**

The foregoing Joint Stipulation is hereby APPROVED.


BY THE COURT

/s/ Juan R. Sánchez
_____
                                                      C.J.


Date: January 31, 2024

2