**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ASIAH LEONARD, *individually and on behalf of all others similarly situated,*<br><br>Plaintiff,<br><br>v.<br><br>LA SALLE UNIVERSITY,<br><br>Defendant. | Case No. 2:24-cv-00062-JS |

**PLAINTIFF'S UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT**

**PLEASE TAKE NOTICE THAT**, upon the Declaration of Nicholas A. Colella, sworn to

on January 3, 2025, and the accompanying exhibits and memorandum of law, and upon all prior

proceedings, pleadings, and filings in the above-captioned action, Named Plaintiff Asiah Leonard

will move this Court on January 13, 2025, at 10:00 a.m. in the United States District Court for the

Eastern District of Pennsylvania, U.S. Courthouse, Courtroom 14-B, 601 Market Street,

Philadelphia, PA 19106, before the Honorable Juan R. Sanchez of the United States District Court

for the Eastern District of Pennsylvania, for an Order under Federal Rule of Civil Procedure 23:

(1) finally certifying, for purposes of the Settlement only, the following Settlement Class:

> All La Salle undergraduate students who satisfied their payment obligations for the
> Spring Semester 2020 (tuition and/or mandatory fees) who were enrolled in at least
> one in-person on-campus class but had their class(es) moved to online learning.

(2) confirming that the notice plan approved by the Court in its September 12, 2024 Preliminary

Approval Order has been fully and sufficiently executed; (3) finally appointing Named Plaintiff

Asiah Leonard as Settlement Class Representative; (4) finally appointing Nicholas A. Colella of

Lynch Carpenter, LLP and Anthony M. Alesandro of Leeds Brown Law, P.C. to act on behalf of

1

the Settlement Class and the Settlement Class Representative with respect to the Settlement;

(5) entering the proposed final judgment; and (6) granting such other and further relief as may be

just and appropriate.

Dated: January 3, 2025                          Respectfully submitted,

                                            */s/ Nicholas A. Colella*
                                            Nicholas A. Colella (PA ID No. 332699)
                                            **LYNCH CARPENTER, LLP**
                                            1133 Penn Avenue, 5th Floor
                                            Pittsburgh, PA 15222
                                            Phone: (412) 322-9243
                                            NickC@lcllp.com

                                            Anthony Alesandro, Esq.*
                                            **LEEDS BROWN LAW, P.C.**
                                            1 Old Country Road, Suite 347
                                            Carle Place, NY 11514
                                            516.873.9550
                                            aalesandro@leedsbrownlaw.com
                                            *Pro Hac Vice*

                                            *Attorneys for Plaintiff and the Settlement Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 3, 2025, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Eastern District of Pennsylvania by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

_/s/ Nicholas A. Colella_
Nicholas A. Colella