# United States District Court
# Eastern District of Pennsylvania

**PDF FILE WITH AUDIO FILE ATTACHMENT**

2:24−cv−00062

LEONARD v. LA SALLE UNIVERSITY

| | |
|---|---|
| Office : | 2   Philadelphia |
| Case Type : | cv |
| Case Number : | 2:24−cv−00062 |
| Case Title : | LEONARD v. LA SALLE UNIVERSITY |
| Session Date/Time : | Time unavailable |
| Audio File Name : | 24_62_1_13_25.mp3 |
| Audio File Size : | 8.8 MB |
| Audio Run Time : | Time unavailable |

**Help Using This File :**

An audio file is embedded as an attachment in this PDF document. To listen to the file: 1− download this pdf to your local device, 2− open the saved pdf and click the attachments tab or paper clip icon, 3− right−click on the mp3 file and save the attachment to your local device, 4− open the saved mp3 audio file.
**MPEG Layer−3 audio coding technology from Fraunhofer IIS and Thomson.**

This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C.Â§ 753 (b) "[n]o transcripts of the proceedings of the court shall be considered official exept those made from the records certified by the reporter or other individual designated to produce the record."